# Notice Recipients

District/Off: 0974–3 | User: admin | Date Created: 12/22/2020
Case: 20–04776–LT7 | Form ID: 318 | Total: 21

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustp.region15@usdoj.gov
aty    John Anthony Varley    attorneys@varleylaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Hillari Ann Marie Utsler    4373 35th Street Unit 2    San Diego, CA 92104
tr    James L. Kennedy    James L. Kennedy, Trustee    P.O. Box 28459    San Diego, CA 92198–0459
smg    United States Trustee    Office of the U.S. Trustee    880 Front Street    Suite 3230    San Diego, CA 92101
smg    Employment Develop. Dept., State of CA    Bankruptcy Unit – MIC 92E    P.O. Box 826880    Sacramento, CA 94280
smg    Div. of Labor Standards Enforcement    7575 Metropolitan Drive, Suite 210    San Diego, CA 92108
smg    California Department of Tax and Fee Administration    Account Information Group, MIC:29    P.O. Box 942879    Sacramento, CA 94279–0029
smg    Dun & Bradstreet    Attn: Lynne Roberts, 2nd Floor    3501 Corporate Parkway    PO Box 520    Center Valley, PA 18034–0520
smg    Franchise Tax Board    Attn: Bankruptcy    P.O. Box 2952    Sacramento, CA 95812–2952
14803568    Bank of America    PO Box 982285    El Paso, TX 79998–2235
14803569    Citi Cards/Citibank    PO Box 6241    Sioux Falls, SD 57117
14803570    Citicards CBNA    701 E 60th Street    Sioux Falls, SD 57104
14803571    Comenity Bank/Express    PO Box 182273    Columbus, OH 43218–2273
14803572    Fedloan Servicing    PO Box 69184    Harrisburg, PA 17106
14803573    Home depot/CBNA    PO box 6497    Sioux Falls, SD 57117
14803574    JPMCB Card Services    PO Box 15369    Wilmington, DE 19850
14803575    Mission Federal Credit Union    PO Box 919023    San Diego, CA 92191–9023
14803576    Nordstrom TD Bank USA    PO Box 13589    Scottsdale, AZ 85267
14803577    Wells Fargo Card Services    Credit Bureau Resolution    PO Box 14517    Des Moines, IA 50306
14803578    Wells Fargo EFS    PO Box 84712    Sioux Falls, SD 57117

TOTAL: 19