**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Hillari Ann Marie Utsler** | Social Security number or ITIN   xxx–xx–6875 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN   _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of California | |
| Case number:   **20–04776–LT7** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Hillari Ann Marie Utsler

<u>12/22/20</u>

**By order of the court:**   <u>Michael Williams</u>
Clerk of the Bankruptcy Court

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                        **Order of Discharge**                        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Southern District of California

In re:                                                                                          Case No. 20-04776-LT
Hillari Ann Marie Utsler                                                        Chapter 7
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0974-3                              User: admin                                    Page 1 of 2
Date Rcvd: Dec 23, 2020                     Form ID: 318                            Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hillari Ann Marie Utsler, 4373 35th Street Unit 2, San Diego, CA 92104-1553 |
| smg | + | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | | Dun & Bradstreet, Attn: Lynne Roberts, 2nd Floor, 3501 Corporate Parkway, PO Box 520, Center Valley, PA 18034-0520 |
| 14803568 | + | Bank of America, PO Box 982285, El Paso, TX 79998-2285 |
| 14803572 | + | Fedloan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: FJLKENNEDY.COM | Dec 24 2020 05:03:00 | James L. Kennedy, James L. Kennedy, Trustee, P.O. Box 28459, San Diego, CA 92198-0459 |
| smg | | EDI: CALTAXFEE | Dec 24 2020 05:03:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | + | EDI: EDD.COM | Dec 24 2020 05:03:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 24 2020 05:03:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | Dec 24 2020 03:30:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 14803569 | + | EDI: CITICORP.COM | Dec 24 2020 05:03:00 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14803570 | + | EDI: CITICORP.COM | Dec 24 2020 05:03:00 | Citicards CBNA, 701 E 60th Street, Sioux Falls, SD 57104-0432 |
| 14803571 | | EDI: WFNNB.COM | Dec 24 2020 05:03:00 | Comenity Bank/Express, PO Box 182273, Columbus, OH 43218-2273 |
| 14803573 | + | EDI: CITICORP.COM | Dec 24 2020 05:03:00 | Home depot/CBNA, PO box 6497, Sioux Falls, SD 57117-6497 |
| 14803574 | | EDI: JPMORGANCHASE | Dec 24 2020 05:03:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14803575 | | Email/Text: lossmitigation@missionfed.com | Dec 24 2020 03:30:00 | Mission Federal Credit Union, PO Box 919023, San Diego, CA 92191-9023 |
| 14803576 | + | Email/Text: bnc@nordstrom.com | Dec 24 2020 01:47:15 | Nordstrom TD Bank USA, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14803577 | + | EDI: WFFC.COM | Dec 24 2020 05:03:00 | Wells Fargo Card Services, Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

District/off: 0974-3　　　　　　　　　　User: admin　　　　　　　　　　Page 2 of 2

Date Rcvd: Dec 23, 2020　　　　　　　　Form ID: 318　　　　　　　　Total Noticed: 19

14803578　　　　　+ EDI: WFFC.COM

　　　　　　　　　　　　　　　　Dec 24 2020 05:03:00　　Wells Fargo EFS, PO Box 84712, Sioux Falls, SD
　　　　　　　　　　　　　　　　　　　　　　　　　　57118-4712

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020　　　　　　　　Signature:　　　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| James L. Kennedy | jim@jlkennedy.com  jlk@trustesolutions.net |
| John Anthony Varley | on behalf of Debtor Hillari Ann Marie Utsler attorneys@varleylaw.com  varleyjr66504@notify.bestcase.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 3